## BURNS v. STATE.
### No. 25839.

Court of Criminal Appeals of Texas.
April 23, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is driving an automobile upon a public highway while under the influence of intoxicating liquor; the punishment, a fine of $200.

The proceedings appear regular in every respect and nothing is presented for review by this court in the absence of bills of exception and statement of facts.

The judgment is affirmed.

Opinion approved by the Court.